# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 23, 2025

Anna Marie Williams
FEDERAL PUBLIC DEFENDER'S OFFICE
Western District of Arkansas - Fayetteville
Suite 300
112 W. Center Street
Fayetteville, AR  72701

      RE:  25-1802 United States v. Jacob Stone

Dear Counsel:

      The district court has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      An order appointing your office to represent appellant will be sent under separate Notice of Docket Activity. Your duties as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

      media.ca8.uscourts.gov/newcoa/notes/redactcr-egov.pdf
      media.ca8.uscourts.gov/newcoa/forms/crbrchk.pdf
      media.ca8.uscourts.gov/newcoa/forms/crrecord.pdf

Please note that the court has eliminated the requirements for a clerk's record in criminal appeals, effective January 1, 2013. Record references to the district record made in pleadings and briefs filed in this court must be to the district court docket. For example, if the motion to suppress is district court docket number 11 and a party wishes to reference page 7 of the motion to suppress, the reference in the brief should be in the format: (R. Doc. 11, at p.7). Transcript references should be to Volume and page number (TR., Vol.1, p.123). Exhibit references should be to the exhibit label attached in the district court proceedings: (Government Exh. 1, page3; Defense Exh. C, page 4). References to the Presentence Investigation Report should be to page number: (PSR, p.17). Additional information should be provided whenever it is necessary to clearly identify a document and avoid confusion.

Paper copies of transcripts, Statement of Reasons, Presentence Investigation Reports and exhibits will still be forwarded from the district court to the circuit clerk's office, and counsel should check with the district court clerk's office to assure that all necessary materials are transmitted on a timely basis.

If a transcript will be required for the appeal, you should promptly contact the official court reporter and take steps to order the transcripts and arrange for payment for their production.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged. Permission to file an overlength brief must be sought 7 days in advance of the due date. See Eighth Circuit Rule 28A(h).

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CJO

Enclosure(s)

cc: Clerk, U.S. District Court, Western Arkansas
    Devon Joy Still
    Jacob Logan Stone

District Court/Agency Case Number(s): 2:09-cr-20074-SOH-1

**Caption For Case Number: 25-1802**

United States of America

        Plaintiff - Appellee

v.

Jacob Logan Stone

        Defendant - Appellant

**Addresses For Case Participants:   25-1802**

Anna Marie Williams
FEDERAL PUBLIC DEFENDER'S OFFICE
Western District of Arkansas - Fayetteville
Suite 300
112 W. Center Street
Fayetteville, AR  72701

Clerk, U.S. District Court, Western Arkansas
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Room 1038
30 S. Sixth Street
Fort Smith, AR  72901

Devon Joy Still
U.S. ATTORNEY'S OFFICE
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR  72901

Jacob Logan Stone
6633 Leisure Loop
Ozark, AR  72949