UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Case No. 25-1802

UNITED STATES OF AMERICA,
    *Appellee*

vs.

JACOB LOGAN STONE,
    *Appellant.*

Appeal from the United States
District Court for the
Western District of Arkansas

## MOTION FOR EXTENSION OF
## TIME TO FILE APPELLANT'S BRIEF

The Appellant, Jacob Logan Stone, by his undersigned counsel, states for this Motion for Extension of Time to File Appellant's Brief as follows:

1. The current filing due date for the Appellant's Brief in this matter is Wednesday May 28, 2025. This is Appellant's first request for an extension of time to file his Brief. Due to undersigned counsel's current caseload and due to the issues to be reviewed in the instant case, among several other matters, counsel has not had, and will not have, sufficient time to research and prepare the instant Appellant's Brief.

2. Rule 26(b) of the Federal Rules of Appellate Procedure provides extensions of time for filing briefs will be granted where there is a showing of good cause. Good cause exists here due to undersigned counsel's work

1

demands. Thus, counsel requests a 14-day extension of the filing deadline for the Appellants' Brief in this matter, which would result in a new filing deadline of Wednesday, June 11, 2025.

WHEREFORE, the Appellant, Jacob Logan Stone, respectfully prays that the Clerk of the Court will grant this Motion for Extension of Time and for all other proper relief.

Respectfully submitted,

JAMES B. PIERCE
FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF ARKANSAS

By: /s/ *Anna M. Williams*
Anna M. Williams
Assistant Federal Public Defender
Office of the Federal Public Defender
Western District of Arkansas
112 W. Center St., Ste. 300
Fayetteville, AR 72701
(479) 442-2306
anna_williams@fd.org

# CERTIFICATE OF SERVICE/COMPLIANCE

I hereby certify that on this 27th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I further certify that the participants in the case are CM/ECF users. A copy is being sent via first-class mail to my client, Jacob Logan Stone.

I further certify that this motion was prepared in Microsoft Word for Microsoft Office 365, font Book Antiqua, size 14, and that this motion contains 398 total words and accordingly complies with the type-volume limitation set forth at Fed. R. App. P. 27(d)(2)(A).

/s/ *Anna M. Williams*
Anna M. Williams